October 23, 1908.) Action by Annie F. Kiesow, as administratrix, against the New York City Railway Company and another. C. F. Brown and J. J. Mahoney, for appellants. F. Moss, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Settle order on notice.

INGRAHAM, J., dissents as to New York Mail Company.

---

KILEY v. BROCKWAY et al. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) Action by John J. Kiley against Edith Brockway, as executrix, etc., and others. No opinion. Motion denied.

---

KINLOCH PAINT CO., Respondent, v. HADDEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by the Kinloch Paint Company against Sam Hadden. No opinion. Judgment affirmed, with costs. New trial to be had in City Court of the city of Fulton on Tuesday, November 24, 1908, at 10 o'clock in the forenoon.

---

KINSEY, Respondent, v. MEANEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Russell L. Kinsey against John F. Meaney and others. No opinion. Judgment affirmed, with costs. See, also, 98 App. Div. 420, 90 N. Y. Supp. 327.

---

KIRK, Appellant, v. CRAMPTON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by William B. Kirk against Anna S. Crampton and others.

PER CURIAM. Judgment modified, so as to provide that the plaintiff also, and his heirs and assigns forever, have an easement and a full and free right of way over the one-half of the premises held to belong to the defendant Nearing, and, as so modified, affirmed, without costs of this appeal to either party.

---

KISSAM, Appellant, v. UNITED STATES PRINTING CO. OF OHIO et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by William Kissam against the United States Printing Company of Ohio and others. No opinion. Judgment affirmed, with costs.

---

KNICKERBOCKER INV. CO. v. VOORHEES et al. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by the Knickerbocker Investment Company against Foster M. Voorhees and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 100 App. Div. 414, 91 N. Y. Supp. 816; 121 App. Div. 690, 106 N. Y. Supp. 455.

---

In re KNOLLIN. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) In the matter of the application of George B. Knollin, for a writ of mandamus.

PER CURIAM. Order affirmed, with costs, on the opinion of Andrews, J., in 112 N. Y. Supp. 332.

SPRING and KRUSE, JJ., dissent.

---

KONIG, Respondent, v. HECLA IRON WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Pauline Konig, as administratrix, etc., of George Konig, deceased, against the Hecla Iron Works. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the delirium tremens of which the plaintiff's intestate died was caused by an excessive use of alcoholic liquor, and not by the injury which he received.

---

LAKE, Appellant, v. MONROE COUNTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 17, 1908.) Action by Thomas H. Lake against the county of Monroe. No opinion. Judgment affirmed, with costs.

---

In re LAKE SHORE & M. S. RY. CO. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) In the matter of the application of the Lake Shore & Michigan Southern Railway Company for the appointment of commissioners, etc.

PER CURIAM. Order (53 Misc. Rep. 340, 103 N. Y. Supp. 294) reversed, report of commissioners set aside, and matter remitted to the Special Term for the appointment of new commissioners, without costs of this appeal to either party. Held that, in view of the affidavit made by Commissioner Dye, he was an improper person to have acted as commissioner.

---

LANTRY v. MEDE. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Francis J. Lantry against Albert Mede. No opinion. Motion granted, question certified. Order filed. See, also, 111 N. Y. Supp. 833.

---

LARKIN, Respondent, v. SHELDON, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by John D. Larkin against B. H. Sheldon. No opinion. Order (59 Misc. Rep. 406, 109 N. Y. Supp. 1105) affirmed, with $10 costs and disbursements.

---

In re LARNEY. (Supreme Court, Appellate Division, First Department. October 16, 1908.) In the matter of Anna C. Larney. No opinion. Motion denied, on terms stated in order. Order filed.

---

In re LARNEY. (Supreme Court, Appellate Division, First Department. November 6, 1908.) In the matter of Anna C. Larney. No opinion. Order modified, so as to charge appellant with only one-half of the costs of the reference, and, as modified, affirmed, without costs. Settle order on notice.

---

LA RUE, Appellant, v. WHEELER, Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Ac-